# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0226
Lower Tribunal No. 2016-CF-640

_____

JORGE E. ARIAS-VARGAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

February 17, 2026

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.


William Mallory Kent, of Kent & McFarland Attorneys at Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putman, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED